**Electronically Filed
Supreme Court
SCWC-18-0000285
05-AUG-2019
01:12 PM**

SCWC-18-0000285

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL J. BOTELHO,
Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000285; CASE NO. 1DTA-14-04680)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Michael J. Botelho's

application for writ of certiorari filed on June 28, 2019, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

